# Order

Michigan Supreme Court
Lansing, Michigan

March 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146161

DARRYL MCGORE,

      Plaintiff-Appellant,

v

SC: 146161
CoA: 312208

ROBERT SANDERS DEPUTY WARDEN,
OFFICER DELTOUR and MS. MCDONALD,

      Defendants-Appellees.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to comply with the order of November 14, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2013

jam

Clerk